IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   **Criminal No. JKB 22-0439** |
| **WAYNE PRINCE,** | * |
| Defendant. | |

\*   \*   \*

**MOTION TO FILE DOCUMENT UNDER SEAL**

The defendant, Wayne Princes, by and through undersigned counsel, hereby seeks this Court's permission to file under seal a Memorandum in Aid of Sentencing that contains sensitive medical information that should be sealed from public view. Mr. Prince respectfully requests that this Court grant Defendant's Motion to File Document Under Seal so that the Proposed Sealed Document may be filed under seal.

Respectfully Submitted,

_____/s/_____
Teresa Whalen, Bar No. 25245
Law Office of Teresa Whalen
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 728-2905